UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS

Docket No.: 3:20CV30177-KAR

REY L. AUGUSTINE, JR.,
Plaintiff,

v.

CITY OF CHICOPEE, OFFICER TIMOTHY BRODEUR, officially and individually; OFFICER MICKEY DUMAIS, officially and individually; OFFICER JOSEPH BRUNELLE, officially and individually; OFFICER FRANK MCQUAID, officially and individually; POLICE CHIEF WILLIAM JEBB; officially and individually; and JOHN/JANE DOES 1-10, officially and individually.
Defendants.

**MOTION OF THE DEFENDANTS, CITY OF CHICOPEE, WILLIAM JEBB, TIMOTHY BRODEUR, MICKEY DUMAIS, and FRANK MCQUAID, TO DISMISS THE CLAIMS AGAINST THEM**

The City of Chicopee, its Police Chief, William Jebb, and its police officers Timothy Brodeur, Mickey Dumais and Frank McQuaid, the defendants in this matter, hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), and for the reasons set forth in their *Memorandum of Law*, filed in support of this motion, that the court dismiss each of the following claims asserted against them:

   a.   Chief Jebb and Officers Timothy Brodeur, Mickey Dumais and Frank McQuaid seek dismissal of all claims asserted against them in their official capacities;

   b.   Chief Jebb seek dismissal of the claims against him of Count I, asserting claims for excessive force pursuant to 42 U.S.C., § 1983;

1

c.      Officers Brodeur, Dumais, McQuaid and Brunelle, and Chief Jebb seek dismissal of Count II, asserting civil conspiracy claims asserted against them pursuant to 42 U.S.C., § 1983;

d.      Chief Jebb seeks dismissal of the § 1983 claims for deliberate indifference and custom and practice and failure to train and supervise, being all of the claims asserted against him in Counts III and VI; and

e.      Chicopee seeks dismissal of the § 1983 *Monell* claims asserted against it, being all of the claims asserted against it in Counts IV and V.

Dated: February 9, 2021

THE DEFENDANTS,
City of Chicopee,
William Jebb, Timothy Brodeur,
Mickey Dumais and Frank McQuaid,

By: */s/ Mark J. Albano*
Mark J. Albano, Esq.
ALBANO LAW, LLC
One Monarch Place, Suite 1330
Springfield, MA 01144-1150
Tel.: (413) 736-3500
Fax.: (413) 746-9224
B.B.O. No.: 013860
email: mark@albanolawllc.com

## CERTIFICATE OF CONSULTATION

I, Mark J. Albano, Esq., hereby certify, pursuant to Local Rule 7.1, that on January 4, 2021, counsel for the plaintiff and for the moving defendants conferred by telephone in a good faith effort to narrow areas of disagreement and to resolve the issues presented in this motion without court action.

/s/ Mark J. Albano

_____
Mark J. Albano, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, this document filed through the Electronic Case Filing System (ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that a paper copy shall be served upon those identified as nonregistered participants.

/s/ Mark J. Albano

_____
Mark J. Albano, Esq.