UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:20CV30177-KAR

| | |
|---|---|
| REY L. AUGUSTINE, JR., <br>     Plaintiff, <br> <br> v. <br> <br> CITY OF CHICOPEE, <br> OFFICER TIMOTHY BRODEUR <br> OFFICALLY & INDIVIDUALLY, <br> OFFICER MICKEY DUMAIS <br> OFFICIALLY & INDIVIDUALLY, <br> OFFICER JOSEPH BRUNELL <br> OFFICIALLY & INDIVIDUALLY, <br> OFFICER FRANK MCQUAID <br> OFFICIALLY & INDIVIDUALLY, <br> SERGEANT DOUGLAS LAMBERT <br> OFFICIALLY & INDIVIDUALLY, <br> LIEUTENANT RICHARD HENRY <br> OFFICIALLY & INDIVIDUALLY, <br> POLICE CHIEF WILLIAM JEBB <br> OFFICIALLY & INDIVIDUALLY, <br> JOHN/JANE DOES 1-10 <br> OFFICIALLY & INDIVIDUALLY <br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

     Now comes the Plaintiff, Rey L. Augustine, Jr. by and through undersigned counsel and pursuant to the standards established under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and oppose the Motion to Dismiss filed by Defendants, City of Chicopee, William Jebb, Timothy Brodeur, Mickey Dumais, and Frank McQuaid. As the basis for this opposition, Rey L. Augustine, Jr. respectfully refers this Court to the accompanying memorandum of law in support of his opposition.

                                          Respectfully submitted,
                                          REY AUGUSTINE, JR.
                                          By his attorney,

                                          /s/ James R. Goodhines
                                          JAMES R. GOODHINES, ESQ.
                                          Goodhines Law Offices
                                          175 State Street, Suite 400
                                          Springfield, MA 01103
                                          (413) 737-0101 (office)
                                          (413) 731-7935 (fax)
                                          BBO# 629578

Date: May 21, 2021

## CERTIFICATE OF SERVICE

     I, hereby certify that the foregoing Plaintiff's Motion in Opposition to Defendants, City of Chicopee, William Jebb, Timothy Brodeur, Mickey Dumais, and Frank McQuaid's Motion to Dismiss, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 21, 2021.

                                          /s/ James R. Goodhines
                                          James R. Goodhines