UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS

Docket No.: 3:20-cv-30177-MGM

REY L. AUGUSTINE, JR.,

Plaintiff,

v.

TIMOTHY BRODEUR, MICKY DUMAIS and FRANK MCQUAID,

Defendants.

**MOTION OF THE DEFENDANTS FOR SUMMARY JUDGMENT, WITH REQUEST FOR A HEARING**

The defendants, Timothy Brodeur ("Brodeur"), Mickey Dumais ("Dumais") and Frank McQuaid ("McQuaid")(collectively "the defendants"), by and through their undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully request that this Court enter summary judgment in their favor as to the remaining claims of the plaintiff, Rey L. Augustine, Jr. ("Augustine") advanced against them in the complaint of Augustine. As the generalized foundation for this request, the defendants state that the summary judgment record, cast against the legal framework that governs the claims, renders summary disposition in their favor both appropriate and necessary.

In support of this motion, and pursuant to Local Rule 7.1 (d), the defendants believe that oral argument may assist the court and therefore request to be heard on this motion.

In further support of this request, the defendants refer the Court to the memorandum of law in support of this motion and the statement of undisputed facts that accompanies this motion, as well as the following appended exhibits:

Exhibit 1, Docket Entry 18 in this case, Endorsement Granting Partial Motion to Dismiss;

Exhibit 2, Trial Transcript, Commonwealth v. Rey L. Augustine, Jr., (pp. 1-57, 1-58, 1-61, 1-62, 1-63, 1-79, 1-80, 1-82 to 1-91, 1-109, 1-144, 1-145, 1-160, 1-171, 2-37, 2-38)

Exhibit 3, Baystate Medical Center, Blood Test Record, dated November 16, 2017

Exhibit 3, Baystate Medical Center, Admission History and Physical, dated November 16, 2017

Exhibit 4, Transcript of Augustine Deposition, (pp.9-11, 16, 18, 20, 36-38, 40-41, 46)

Dated: August 29, 2024

THE DEFENDANTS,
Timothy Brodeur,
Mickey Dumais and Frank McQuaid,

*/s/ Mark J. Albano*

By:________________

Mark J. Albano, Esq.
ALBANO LAW, LLC
One Monarch Place, Suite 1330
Springfield, MA 01144-1150
Tel.: (413) 736-3500
B.B.O. No.: 013860
email: mark@albanolawllc.com

*/s/ Tyler J. Kenefick*

By:________________

Tyler J. Kenefick, Esq.
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street, Rm. 103
Chicopee, MA 01013
Tel.: (413) 594-1520
B.B.O. No.: 696304
email: TKenefick@ChicopeeMA.gov

**CERTIFICATE OF COMPLIANCE WITH LR, D.MASS. 7.1**

Counsel for the defendants hereby certifies that a good faith attempt to resolve or narrow the issue(s) presented by this motion has been made pursuant to LR, D.Mass. 7.1. Specifically, on May 2, 2024, and thereafter, the undersigned and plaintiffs' counsel corresponded by email concerning this motion practice and were unable to reach agreement on any narrowing of the issues at this time. This motion follows.

*/s/ Mark J. Albano*

Mark J. Albao

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 29, 2023.

*/s/ Mark J. Albano*

Mark J. Albao