# Exhibit 3

**Baystate Medical Center**

**759 Chestnut Street**
**Springfield, MA 01199-**

**Patient Name:** AUGUSTINE, REY
**MRN:** 9927938
Account Number: 660299172
Discharge Date: 11/23/2017 13:48 EST
Patient Type: Disch IP

## *Chemistry*

| Procedure | Units | Reference Range | 11/22/2017 07:10 EST | 11/21/2017 04:47 EST | 11/16/2017 22:55 EST |
|---|---|---|---|---|---|
| Sodium | mmol/L | [133-145] | 139 | 140 | 144 |
| Potassium | mmol/L | [3.6-5.2] | 4.6 | 4.4 | 3.8 |
| Chloride | mmol/L | [98-107] | 99 | 99 | 102 |
| Bicarbonate Level | mmol/L | [22-29] | 28 | 29 | 26 |
| Anion Gap | | [4-17] | 12 | 12 | 16 |
| Glucose Level | mg/dL | [70-99] | - | - | 100 H |
| BUN | mg/dL | [6-20] | 8 | 12 | 20 F1 |
| Creatinine-Blood | mg/dL | [0.7-1.2] | 0.8 | 0.9 | 0.9 |
| Estimated GFR Creatinine | ML/MIN/1.73 M2 | | 117 F2 | 112 F2 | 62 F2 |
| Estimated GFR,African American | ML/MIN/1.73 M2 | | 136 F2 | 130 F2 | 72 F2 |
| Calcium,Ionized pH Corrected | mmol/L | [1.13-1.32] | 1.20 | 1.19 | - |
| Phosphorus | mg/dL | [2.5-4.5] | 4.1 | 5.0 H | - |
| Magnesium | mEq/L | [1.3-1.9] | 1.6 | 1.7 | - |
| Amylase | units/L | [28-100] | - | - | 95 |
| Ethanol,Serum or Plasma | mg/dL | [NDT] | - | - | 276 F3 |

Result Comments

F1: BUN
QA FLAGS AND/OR RANGES MODIFIED BY DEMOGRAPHIC UPDATE ON 11/16 AT 2356

F2: Estimated GFR, African American, Estimated GFR Creatinine
The CKD-EPI creatinine equation has not been validated in children (<18 years), pregnant women, in some racial or ethnic subgroups other than Caucasians and African Americans.

F3: Ethanol, Serum or Plasma
For Medical Purposes Only

**Baystate Medical Center**

**759 Chestnut Street**
**Springfield, MA 01199-**

**Patient Name:** AUGUSTINE, REY
**MRN:** 9927938
Account Number: 660299172
Discharge Date: 11/23/2017 13:48 EST
Patient Type: Disch IP

## *Hematology*

| Procedure | Units | Reference Range | 11/22/2017 07:10 EST | 11/21/2017 04:47 EST | 11/16/2017 22:55 EST |
|---|---|---|---|---|---|
| WBC | k/mm3 | [4.0-11.0] | 10.4 | 5.6 | 8.4 |
| RBC | m/mm3 | [4.70-6.10] | 4.36 L | 4.41 L | 4.27 L |
| Hgb | Gm/dL | [14.0-18.0] | 12.7 L | 12.9 L | 12.6 L |
| Hct | % | [42.0-52.0] | 38.0 L | 38.4 L | 37.2 L |
| MCV | femtoliters | [80.0-94.0] | 87.2 | 87.1 | 87.1 |
| MCH | pg | [27.0-34.0] | 29.1 | 29.3 | 29.5 |
| MCHC | g/dL | [33.0-37.0] | 33.4 | 33.6 | 33.9 |
| Platelet Count | k/mm3 | [150-460] | 256 | 235 | 215 |
| RDW-SD | femtoliters | [<47.0] | 40.0 | 39.4 | 39.8 |
| MPV | femtoliters | [9.4-12.4] | 10.2 | 10.1 | 9.7 |
| Nucleated RBC (Automated) | #/100 WBC'S | | 0.0 | 0.0 | 0.0 |
| Abs.NRBC | k/mm3 | | 0.0 | 0.0 | 0.0 |
| Abs.Neut | k/mm3 | [1.3-7.0] | 8.5 H | 2.4 | - |
| Abs.Lymph | k/mm3 | [0.8-3.1] | 1.2 | 2.5 | - |
| Abs.Mono | k/mm3 | [0.4-1.3] | 0.7 | 0.6 | - |
| Abs.Eo | k/mm3 | [0.0-0.4] | 0.0 | 0.0 | - |
| Abs.Baso | k/mm3 | [0.0-0.1] | 0.0 | 0.0 | - |
| Neut % | % | [44-76] | 81.4 H | 43.1 L | - |
| Lymph % | % | [15-43] | 11.6 L | 44.3 H | - |
| Mono % | % | [4.5-10.5] | 6.5 | 11.0 H | - |
| Eos % | % | [0-6] | 0.0 | 0.7 | - |
| Baso % | % | [0-2] | 0.1 | 0.7 | - |
| Imm Gran | % | [0.0-0.6] | 0.4 | 0.2 | - |
| Abs.Imm Gran | k/mm3 | | 0.0 | 0.0 | - |
| INR | | [0.9-1.1] | 1.0 | 1.0 | 1.0 |
| Protime (PT) | seconds | [9.7-12.2] | 10.6 | 10.1 | 10.5 |
| APTT | seconds | [24.3-33.1] | - | - | 27.8 |

Baystate Health

Baystate Medical Center

759 Chestnut Street
Springfield, MA 01199-

| | |
|---|---|
| Patient Name: | AUGUSTINE, REY |
| MRN: | 9927938 |
| Account Number: | 660299172 |
| Attending Physician: | Winston MD,Eleanor |
| Patient Location: | SW5 |
| Date of Birth and Sex: | 1/27/1984 Male |
| Admit Date and Time: | 11/17/2017 00:26 EST |
| Discharge Date: | 11/23/2017 13:48 EST |
| Patient Type: | Disch IP |
| Print Date and Time: | 8/30/2022 09:45 EDT |
| Request ID: | 165824672 |

## *Admission/History and Physical*

| | |
|---|---|
| Document Type: | History and Physical Hospital |
| Event Date: | 11/16/2017 22:53 EST |
| Result Status: | Modified |
| Signed By: | Winston MD,Eleanor (11/17/2017 09:25 EST); Roh MD, Sandy (11/17/2017 06:05 EST) |

**Addendum by Winston MD, Eleanor on November 17, 2017 9:25**
**Attending attestation:**
Patient seen, examined, and discussed with the Trauma team. His course, labs and studies were reviewed and findings on exam confirmed. I agree with the findings and assessment and plan as delineated above.
Patient with facial trauma after assault. Has no evidence for intracranial hemorrhage on CT. Does have multiple facial fractures. On exam no evidence for entrapment. Plastic surgery covering for OMFS - will see pt and request ophthalmology consultation. they will see pt in AM. Some confusion and this could be due to concussion versus alcohol intoxication. Will do cog eval in AM. Social Services eval in AM.
Diagnoses: multiple facial fractures as noted above. concussion , intoxication.

---

**Trauma H & P**

Patient: **AUGUSTINE, REY** **MRN: 9927938** **FIN: 660299172**
Age: **33 years** Sex: **Male** DOB: **1/27/1984**
Associated Diagnoses: **None**
Author: **Roh MD, Sandy**
Trauma Activation Category: Category 2.

**Trauma History**

33yoM cat2 trauma s/p assault. +LOC, +EtOH, GCS 13. Per EMS, patient was at a bar, got hit by a beer bottle over the right temple. Patient was found in the street and physically aggressive with the police officers on scene. Vitals en route were HR 80, BP 124/80, RR 16 and POC 95. Patient presented with c-collar in place.

Upon arrival, primary survey was completed and is as follows: airway patent, breath sounds present equal bilaterally, BP 118/82, pupils 3mm and reactive, GCS 13 (E3 V4 M6). Secondary survey was completed and is documented below. Aspen collar was placed for c-spine precaution. 2g Ancef and Tetanus were given. Following CXR, the patient was taken to CT and XR for further workup.

**Past Medical History**
Depression

**Past Surgical History**
None