UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 3:20-CV-30177-MGM

| | |
|---|---|
| REY LESTER AUGUSTINE,<br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICOPEE, et. al.,<br>Defendants | STIPULATION OF DISMISSAL OF DEFENDANT FRANK MCQUAID WITH PREJUDICE |

The parties in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all counts against **Defendant Frank McQuaid** be dismissed with prejudice, without right to appeal, and at no cost to any party.

Respectfully submitted,
The Defendants, City of Chicopee, Mickey Dumais, and Frank McQuaid,

Date: November 21, 2024

/s/ Tyler J. Kenefick
Tyler J. Kenefick, Esq.
BBO#696304

Dated: November 21, 2024

/s/ Mark J. Albano [TK]
Mark J. Albano, Esq.
BBO#013860
City of Chicopee Law Department
17 Springfield St # 103
Chicopee, MA 01013
Tel: (413) 594-1520
TKenefick@ChicopeeMA.gov
MAlbano@ChicopeeMA.gov

Respectfully submitted,
The Plaintiff, Rey L. Augustine,
By and through his attorneys,

Date: November 21, 2024

/s/ Timothy M. Kotfila [TK]
Timothy M. Kotfila, Esq.
BBO#600633
One Monarch Place, Suite 1220
Springfield, Massachusetts 01144
kotfilajordan@gmail.com

Date: November 21, 2024

/s/ James R. Goodhines [TK]
James R. Goodhines, Esq.
BBO: 629578
Goodhines Law Offices
175 State Street, Suite 400
Springfield, Massachusetts 01103-1767
jgoodhines@hotmail.com

**CERTIFICATE OF SERVICE**

I, Tyler J. Kenefick, counsel for the Defendant City of Chicopee, hereby certify that I have served the foregoing document, upon all parties, by electronically filing to all ECF registered parties. I am unaware of any interested party that is not registered.

Signed under the pains and penalties of perjury.

Dated: November 21, 2024

/s/ Tyler J. Kenefick
Tyler J. Kenefick, Esq