# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rey Augustine, Jr.
Plaintiff

v.

City of Chicopee et al.,
Defendants

CIVIL ACTION
NO. 3:20-cv-30177-MGM

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered pursuant to the court's Electronic Order (DO#74) issued on November 25, 2024.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: November 25, 2024,

By /s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk